IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
JEREMY PAUL GOLSON, an      )
individual, legally         )
registered, unlicensed      )
business entity,            )
                            )
      Plaintiff,            )
                            )   CIVIL ACTION NO.
      v.                    )     3:16cv590-MHT
                            )         (WO)
MIGUEL A. PINEDA, an        )
individual,                 )
                            )
      Defendant.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (doc. no. 13) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(3) This lawsuit is dismissed without prejudice, with no costs taxed.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 15th day of November, 2016.**

       /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**